# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1573

———————————————

Shawn Demontre Cooler,

   Petitioner,

v.

State of Florida,

   Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

———————————————

October 24, 2018

Per Curiam.

   The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

Lewis, Ray, and M.K. Thomas, JJ., concur.

———————————————

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Shawn Demontre Cooler, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.